# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Corey Shaw <br> *Plaintiff* <br> v. <br> Raleigh Police Department et al <br> *Defendant* | ) <br> ) <br> ) Case No. 5:22-cv-00476-D-BM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Corey Shaw

Date: 05/16/2023

*Attorney's signature*

Jeffrey Dobson, 54808
*Printed name and bar number*
1130 Situs Ct, STE 240
Raleigh, NC 27606

*Address*

jdobson@dobsonlawnc.com
*E-mail address*

919- 591-2240
*Telephone number*

919 591-2247
*FAX number*