IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00476-D-BM

| | |
|---|---|
| COREY SHAW,<br><br>Plaintiff,<br><br>v.<br><br>RALEIGH POLICE DEPARTMENT,<br>SHAWN THOMPSON, individually and in his<br>official capacity as Officer of the Raleigh Police<br>Department, CITY OF RALEIGH,<br><br>Defendants. | **ORDER GRANTING<br>DEFENDANT SHAWN<br>THOMPSON'S MOTION FOR<br>LEAVE TO MANUALLY FILE<br>EXHIBIT A TO AMENDED<br>ANSWER TO PLAINTIFF'S<br>AMENDED COMPLAINT** |

This matter was heard by the undersigned on a motion by Defendant Shawn Thompson, pursuant to L.R. 5.1(f), to manually file an Exhibit (titled Exhibit A) to his Amended Answer to Plaintiff's Amended Complaint, which exhibit contains body-worn camera video recordings that are referenced in Plaintiff's Amended Complaint. Defendant Thompson represents that the video recordings are too large to be filed through the Court's CM/ECF system.

Based on the above, it appears to the Court that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Defendant Thompson may manually file Exhibit A to his Amended Answer to Amended Complaint.

SO ORDERED. This the **23** day of May, 2023.

JAMES C. DEVER III
United States District Judge