IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00476-D-BM

| | |
|---|---|
| COREY SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF MANUAL FILING** |
| ) | |
| RALEIGH POLICE DEPARTMENT, ) | |
| SHAWN THOMPSON, individually and in his ) | |
| official capacity as Officer of the Raleigh Police ) | |
| Department, CITY OF RALEIGH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Please take notice that Defendant Shawn Thompson has manually filed the following item: Exhibit A, attached hereto, to Defendant Thompson's Amended Answer to Amended Complaint – DVD of Officer Body Camera Videos.

This item has not been electronically filed because of the size of the Exhibit and by Court's Order, see DE 37.

This the 23 day of May 2023.

/s/ Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
Michelle A. Liguori
N.C. State Bar No. 52505
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
leslie.packer@elliswinters.com
michelle.liguori@elliswinters.com

*Counsel for Shawn Thompson, in his Individual Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record as follows:

| | |
|---|---|
| Jeffrey L. Dobson<br>John W. Moss<br>Dobson Law Firm, PLLC<br>1130 Situs Court, Suite 240<br>Raleigh, NC 27506<br>jmoss@dobsonlawnc.com<br>jdobson@dobsonlawnc.com<br><br>*Counsel for Plaintiffs* | Amy C. Petty<br>City of Raleigh<br>PO Box 590<br>Raleigh, NC 27602<br>Amy.Petty@raleighnc.gov<br><br>*Counsel for Defendants Raleigh Police Department and City of Raleigh* |

/s/ Leslie C. Packer
Leslie C. Packer
Michelle A. Liguori

*Counsel for Defendant Shawn Thompson, in his Individual Capacity*