UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COREY SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 5:22-CV-476-D-BM** |
| | ) |
| RALEIGH POLICE DEPARTMENT, | ) |
| CITY OF RALEIGH, and SHAWN | ) |
| THOMPSON, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES AS MOOT Thompson's first motion to dismiss [D.E. 18], GRANTS defendants' motions to dismiss [D.E. 21, 23, 27], and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint [D.E. 20].

**This Judgment Filed and Entered on June 8, 2023, and Copies To:**

| | |
|---|---|
| Jeffrey Leon Dobson | (via CM/ECF electronic notification) |
| John William Moss | (via CM/ECF electronic notification) |
| Amy Campbell Petty | (via CM/ECF electronic notification) |
| Leslie C. Packer | (via CM/ECF electronic notification) |
| Michelle A. Liguori | (via CM/ECF electronic notification) |

DATE: June 8, 2023　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　(By)　/s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　Deputy Clerk